[No. 33548-8-III.  Division Three.  July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-03259-6, John O. Cooney, J., entered June 4, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 33552-6-III.  Division Three.  July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MAGDALENO CRUZ TELLEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-1-00379-1, Bruce A. Spanner, J., entered June 19, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J.; Siddoway, J., dissenting in part.

[No. 33612-3-III.  Division Three.  July 19, 2016.]

*In the Matter of the Involuntary Treatment of* J.E.H.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-6-00581-1, Tony Rugel, J. Pro Tem., entered June 11, 2015. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33645-0-III.  Division Three.  July 19, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JILL J. FERGUSON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 14-1-03124-7, John O. Cooney, J., entered July 14, 2015. *Reversed* and *remanded* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.